**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 322 MAL 2020

          Respondent              :

          :   Petition for Allowance of Appeal

          :   from the Order of the Superior Court

           v.             :

          :

JUAN ABEL SANTIAGO,        :

          :

           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.